**No. 10-113. Robin Eddie Rivera-Martinez, Petitioner v. United States.**

564 U.S. 1051, 131 S. Ct. 3088, 180 L. Ed. 2d 910, 2011 U.S. LEXIS 4996.

June 28, 2011. On petition for writ of certiorari to the United States Court of Appeals for the First Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the First Circuit for further consideration in light of Freeman v. United States, 564 U.S. 522, 131 S. Ct. 2685, 180 L. Ed. 2d 519 (2011).

Same case below, 607 F.3d 283.

**No. 10-6258. Robert Carrigan, Petitioner v. United States.**

564 U.S. 1051, 131 S. Ct. 3089, 180 L. Ed. 2d 910, 2011 U.S. LEXIS 5009.

June 28, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Third Circuit for further consideration in light of Freeman v. United States, 564 U.S. 522, 131 S. Ct. 2685, 180 L. Ed. 2d 519 (2011).

**No. 10-7139. Domingo Cepeda, Petitioner v. United States.**

564 U.S. 1051, 131 S. Ct. 3089, 180 L. Ed. 2d 910, 2011 U.S. LEXIS 4995.

June 28, 2011. On petition for writ of certiorari to the United States Court of Appeals for the First Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the First Circuit for further consideration in light of Freeman v. United States, 564 U.S. 522, 131 S. Ct. 2685, 180 L. Ed. 2d 519 (2011).

**No. 10-7565. Shawn Sylvester, Petitioner v. United States.**

564 U.S. 1051, 131 S. Ct. 3090, 180 L. Ed. 2d 910, 2011 U.S. LEXIS 5013.

June 28, 2011. On petition for writ of certiorari to the United States Court of Appeals for the Third Circuit. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Third Circuit for further consideration in light of Freeman v. United States, 564 U.S. 522, 131 S. Ct. 2685, 180 L. Ed. 2d 519 (2011).

**No. 10-250. Dow Chemical Canada ULC, Petitioner v. Carlos Orlando Fandino, et al.**

564 U.S. 1051, 131 S. Ct. 3088, 180 L. Ed. 2d 910, 2011 U.S. LEXIS 4994.

June 28, 2011. On petition for writ of certiorari to the Court of Appeal of California, Second Appellate District. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the Court of Appeal of California, Second Appellate District, for further consideration in light of J. McIntyre Mach., Ltd. v. Nicastro, 564 U.S. 873, 131 S. Ct. 2780, 180 L. Ed. 2d 765 (2011).